HARRISON B. McGRAW, as Assignee for the Benefit of Creditors of GEORGE H. WORTHINGTON, Respondent, *v.* FRANK A. HALLADAY, as Executor of ALICE F. HALLADAY, Deceased, Appellant.

*Appeal — unanimous affirmance of judgment but reversal by divided court of certain findings of fact — appeal without permission dismissed.*

*McGraw* v. *Halladay*, 204 App. Div. 901, appeal dismissed.
(Submitted May 28, 1923; decided June 5, 1923.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 3, 1923, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at an Equity Term, but reversing, by a divided court, certain findings and making new findings in lieu thereof.

The motion was made upon the ground that the affirmance was unanimous and that permission to appeal had not been obtained.

*Daniel J. Kenefick* for motion.
*Wallace Thayer* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

In the Matter of the Application of EDGAR S. APPLEBY, Respondent and Appellant, for a Peremptory Writ of Mandamus against JOHN H. DELANEY, as Commissioner of Docks of the City of New York, Appellant and Respondent.

(Submitted May 28, 1923; decided June 5, 1923.)

Motion for re-argument denied, without costs. (See (235 N. Y. 364.)